UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-18-3

FILED

2018 SEP 20  A II: 34

U.S. DISTRICT COURT
NEW HAVEN, CT.

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:18CR220(JCH) |
| v. | VIOLATIONS: |
| VASHUN LEWIS a.k.a. "V-Love" | 18 U.S.C. § 924(c)(1)(A)(i) (Possession of a Firearm in Furtherance of a Narcotics Trafficking Offense) |
| | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Felon in Possession of a Firearm) |
| | 21 U.S.C. § 853 (Criminal Forfeiture) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

1. On or about June 1, 2017, in the District of Connecticut, the defendant VASHUN LEWIS, a.k.a. "V-Love," knowingly possessed a firearm, that is a Walther PPS semi-automatic 9mm handgun bearing serial number AB2608, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, that is, Possession with Intent to Distribute Marijuana, a schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT TWO
### (Unlawful Possession of a Firearm by a Felon)

2.  On or about June 1, 2017, in the District of Connecticut, the defendant VASHUN LEWIS, a.k.a. "V-Love," having been convicted in the Superior Court of the State of Connecticut of crimes punishable by imprisonment for a term exceeding one year, that is (1) robbery in the first degree, in violation of Conn. Gen. Stat. § 53a-134 on May 13, 2002, (2) assault in the second degree, in violation of Conn. Gen. Stat. § 53a-60 on May 13, 2002, (3) Connecticut's Corrupt Organizations and Racketeering Act ("CORA"), in violation of Conn. Gen. Stat. § 53-395 on May 13, 2002, (4) assault in the first degree, in violation of Conn. Gen. Stat. § 53a-59 on May 13, 2002, (5) sale of an illegal drug, in violation of Conn. Gen. Stat. § 21a-278(b) on December 30, 1999, and (6) carrying a dangerous weapon and failure to appear, in violation of Conn. Gen. Stat. §§ 53-206(a) and 53a-172 on February 1, 1996, did knowingly possess a firearm in and affecting commerce, namely, a Walther PPS semi-automatic 9mm handgun bearing serial number AB2608, which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION
(Firearm Offenses)

3.   Upon conviction of either of the firearm offenses alleged in Counts One and Two of this Indictment, the defendant VASHUN LEWIS, a.k.a. "V-Love," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the firearm and ammunition involved in the commission of these offenses, including one Walther PPS semi-automatic 9mm handgun bearing serial number AB2608.

A TRUE BILL

_____
FOREPERSON

UNITED STATES OF AMERICA

_____
JOHN H. DURHAM
UNITED STATES ATTORNEY

_____
PETER D. MARKLE
ASSISTANT UNITED STATES ATTORNEY

_____
JOCELYN COURTNEY KAOUTZANIS
ASSISTANT UNITED STATES ATTORNEY