UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | DOCKET NO. 3:18CR220(JCH) |
| VASHUN LEWIS | : | September 25, 2018 |

FILED
2018 SEP 26  P 12: 44
U.S. DISTRICT COURT
NEW HAVEN, CT.

APPLICATION FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Jocelyn Courtney Kaoutzanis, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. On Thursday, October 4, 2018 at 12:00 p.m., there will come before the Honorable Robert M. Spector, United States Magistrate Judge, at 141 Church Street, New Haven, Connecticut, the criminal case of United States v. VASHUN LEWIS.

2. That the above named defendant, VASHUN LEWIS, Inmate No. 243558, is to be presented and arraigned on charges in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i). 922(g)(1) and 924(a)(2).

3. That the said VASHUN LEWIS, is now confined at the CORRIGAN-RADGOWSKI CORRECTIONAL CENTER, UNCASVILLE, CT.

4. That the said VASHUN LEWIS should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offense, or from time to time thereafter as may be requested by the Office of the United States Attorney for the District of Connecticut by way of an order to produce.

WHEREFORE, your petitioner respectfully prays that the Court may issue a Writ of

Habeas Corpus Ad Prosequendum to the Connecticut Department of Correction, the CORRIGAN-RADGOWSKI CORRECTIONAL CENTER, UNCASVILLE, Connecticut, the United States Marshal for the District of Connecticut, or any of his proper deputies, or any other authorized federal agent ordering them to produce the said VASHUN LEWIS at the United States Courthouse, 141 Church Street, New Haven, Connecticut, on the requested date and from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

I declare under penalty of perjury that the foregoing is true and correct.

UNITED STATES OF AMERICA

JOHN H. DURHAM
UNITED STATES ATTORNEY

JOCELYN COURTNEY KAOUTZANIS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. CT30426
157 Church Street,   25th Fl.
New Haven, Connecticut 06510
(203) 821-3700