Crim-Trial (2/5/2010)

HONORABLE: Janet C. Hall
DEPUTY CLERK: Diahann Lewis   RPTR/ECRO/TAPE: Terri Fidanza
TOTAL TIME: 4 hours 55 minutes   USPO _____   INTERPRETER _____
DATE: 3/2/2020   START TIME: 8:40   END TIME: 1:35
LUNCH RECESS   FROM: _____   TO: _____
RECESS (if more than ½ hr)   FROM: _____   TO: _____

CRIMINAL NO. 3:18CR220 (JCH)   Deft # _____

UNITED STATES OF AMERICA
vs
Vashun Lewis

Donovan/Kaotzanis
AUSA

Robert Frost
Defendant's Counsel

## CRIMINAL JURY SELECTION/CALENDAR CALL

- ☐ ............ Deft _____ failed to appear. Bench Warrant to be issued.
- ☐ ............ ☐ Call of the Calendar held ☐ Call of the Calendar over to _____
- ☒ ............ ☒ Jury Selection held ☐ Jury Selection continued until _____
- ☐ ............ Grand Jury Selection : GJ # _____ Foreperson: _____ Deputy FP _____
- ☒ ....#113   Deft Lewis motion for Bifurcation   ☐ granted ☒ denied ☐ advisement
- ☒ ....#126   Deft Lewis motion for Confidential Informant   ☐ granted ☒ denied ☐ advisement
- ☒ ....#125   Deft Lewis motion for leave to file & Suppress   ☐ granted ☒ denied ☐ advisement
- ☐ ....# ___   Govt's motion _____   ☐ granted ☐ denied ☐ advisement
- ☐ ....# ___   Govt's motion _____   ☐ granted ☐ denied ☐ advisement
- ☐ ............ Deft _____ Oral motion _____   ☐ granted ☐ denied ☐ advisement
- ☐ ............ Deft _____ Oral motion _____   ☐ granted ☐ denied ☐ advisement
- ☐ ............ Govt's oral motion _____   ☐ granted ☐ denied ☐ advisement
- ☐ ............ Govt's oral motion _____   ☐ granted ☐ denied ☐ advisement
- ☒ ............ Motion Nos. 65, 68, 70, and 106 terminated as moot.   ☐ filed
- ☐ ............ _____   ☐ filed
- ☐ ............ _____   ☐ filed
- ☐ ............ _____   ☐ filed
- ☒ ............ 75 jurors present
- ☐ ............ Voir Dire oath administered by Clerk ☐ previously administered by Clerk
- ☒ ............ Voir Dire by Court
- ☒ ............ Peremptory challenges exercised
- ☒ ............ Jury of 12 and 2 alternates drawn ☐ and sworn ☐ Jury Trial commences
- ☐ ............ Remaining jurors excused
- ☒ ............ Trial continued until 3/3/2020 at 9:30
- ☒ ............ COPY TO: JURY CLERK with juror lists