UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED 3/5/2020
Roberta D. Tabora, Clerk
By /s/ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL CASE NO. 18-CR-220 |
| VASHUN LEWIS, Defendant. | |

## VERDICT FORM

I. **FELON IN POSSESSION (COUNT TWO)**

1. As to the charge in Count Two of knowingly possessing a firearm in and affecting interstate or foreign commerce, having been, and knowing that he had previously been, convicted of a crime punishable by a term of imprisonment exceeding one year, we the jury unanimously find the defendant VASHUN LEWIS:

    Not Guilty _____    Guilty ✓

You have now completed the Verdict Form. Please have your foreperson sign and date below.

/s/ _____
FOREPERSON

Dated at New Haven, Connecticut on this 5 day of March 2020.

1